# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| John Lund and Cozette Arvidson, | ) | |
| | ) | |
| Plaintiffs, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Big Butte Services, LLC and Linda | ) | |
| Bone, individually, | ) | Case No. 1:19-cv-133 |
| | ) | |
| Defendants. | ) | |

On May 21, 2020, the parties filed a Joint Stipulation of Dismissal with Prejudice. The court

**ADOPTS** the parties' stipulation (Doc. No. 26). This action is dismissed in its entirety with

prejudice. The parties shall bear their own costs of suit.

**IT IS SO ORDERED.**

Dated this 22nd day of May, 2020.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court